UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
JAIME KEELING                          :
              Plaintiff,     :
:          10 Civ. 9345
      v.                           :
:          **OPINION**
NEW ROCK THEATER PRODUCTIONS, :
LLC, EVE HARS, and ETHAN GARBER.  :
:
              Defendants.   :
:
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 10, 2013

    On December 7, 2012 a jury trial in this case was concluded. The jury found that the play *Point Break LIVE!* was a copyrighted work, the rights to which were held exclusively by Keeling and that defendants' productions of the play infringed Keeling's copyright. Judgment was accordingly entered in Keeling's favor on January 10, 2013.

    On December 20, 2012, plaintiff moved to permanently enjoin defendants along with their respective officers, directors, principals, agents, representatives, servants, employees, affiliates, successors, or assigns, and any person or entity acting on their behalf or in concert or participation with them from infringing Jaime Keeling's copyright by publicly performing, copying, distributing, displaying, marketing, advertising, or offering to license (a) the stage play known as *Point Break LIVE!*, (b) Keeling's copyrighted script for *Point Break LIVE!*, and (c) any scripts defendants have used to stage *Point Break*

*LIVE!* in the past or engaging in any other activity constituting an infringement of Keeling's copyright in *Point Break LIVE!*

The motion is granted in its entirety. Defendants along with their respective officers, directors, principals, agents, representatives, servants, employees, affiliates, successors, or assigns, and any person or entity acting on their behalf or in concert or participation with them are enjoined from engaging in any activity, including the examples listed above, constituting an infringement of Keeling's copyright in *Point Break LIVE!*.

So ordered.

Dated: New York, New York
January 10, 2013

_____
Thomas P. Griesa
U.S. District Judge