USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAIME KEELING,

                Plaintiff,              10 **CIVIL** 9345 (TPG)

      -against-                  **JUDGMENT**

NEW ROCK THEATER PRODUCTIONS, LLC,
EVE HARS, and ETHAN GARBER,
                Defendants.
------------------------------------------------------------X

      A Jury Trial before the Honorable Thomas P. Griesa, United States District Judge, having begun on December 3, 2012 and at the conclusion of the trial, on December 7, 2012, the jury having rendered a verdict in favor of the plaintiff in the amount of $250,000.00, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $250,000.00 as against the defendants.

DATED: New York, New York
             January 10, 2013

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court

So Ordered:                                    BY:

*(signature)*                                      *(signature)*
U.S.D.J.                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____